1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSE A. HERNANDEZ GARCIA,               No. C-13-03295-DMR

12            Plaintiff,                     **ORDER VACATING**
                                             **SETTLEMENT CONFERENCE DATE**
13      v.

14   CITY AND COUNTY OF SAN FRANCISCO,

15            Defendant.
     _____/
16

17        The Court is in receipt of the Stipulation and [Proposed] Order continuing the Settlement

18   Conference filed on February 3, 2014 [Docket No. 27].  The request is granted.  The Settlement

19   Conference scheduled for February 12, 2014 at 11:00 a.m. before Magistrate Judge

20   Kandis A. Westmore is vacated and shall be rescheduled to a date after the March 5, 2014 Further

21   Case Management Conference, and subject to Judge Westmore's availability.

22

23   Dated:   February 5, 2014                _____
                                              DONNA M. RYU
24                                            United States Magistrate Judge

25

26

27

28

United States District Court
For the Northern District of California