H. Nelson Meeks CBN #175800
LAW OFFICES OF H. NELSON MEEKS
870 Market Street, Suite 700
San Francisco, CA 94102
(415) 989-9915
(415) 989-9914 (FAX)

Attorney for **Plaintiff**
**JOSE ALIS HERNANDEZ GARCIA**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALIS HERNANDEZ GARCIA<br>PLAINTIFF<br><br>V.<br><br>CITY AND COUNTY OF SAN FRANCISCO AND DOES 1 TO 50, INCLUSIVE<br>DEFENDANTS | CASE NO: **C 13-03295 DMR**<br><br>**STIPULATION TO CONTINUE CMC AND IN THE ALTERNATIVE, TO ALLOW FOR PLAINTIFF TO TELEPHONICALLY APPEAR**<br><br>DATE:   APRIL 23, 2014<br>TIME:   1:30 PM<br>DEPT:   COURTROOM 4 |

STIPULATION TO CONTINUE AND, IN THE ALTERNATIVE, TO ALLOW PLAINTIFF TO TELEPHONICALLY APPEAR

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, that the CMC be continued to any of the following dates: May 14, May 21 or May 28, 2014.  In the alternative, the parties stipulate that Plaintiff's counsel may appear by telephone.   In support thereof, Plaintiff states as follows:

1. Plaintiff's counsel, H. Nelson Meeks, will be out of town on April 23, 2014.

2. Co-counsel, Ms. J.D. Trow and Mr. William W. Haskell, both of whom are familiar with this case, and whom Mr. Meeks planned on having available if necessary, are not available.  Ms. J.D. Trow is not available because she is recovering from a recent cancer

surgery necessitating her absence through April 30th.  Mr. Haskell became unavailable because a trial for which he is serving as a judge, now appears that it will not conclude until sometime after Wednesday.

3. Neither party will be prejudiced by a continuance.

4. In the alternative, Plaintiff's counsel requests permission to appear by telephone.

Dated:  April 21, 2014                    DENNIS J. HERRERA
                                                                City Attorney
                                                                CHERYL ADAMS
                                                                Chief Trial Deputy
                                                                WARREN METLITZKY
                                                                Deputy City Attorney

                                                                By:  /s/ Warren Metlitzky
                                                                    WARREN METLITZKY

                                                                Attorneys for Defendant
                                                                CITY AND COUNTY OF SAN
                                                                FRANCISCO


Dated:  April 21, 2014                    LAW OFFICES OF H. NELSON MEEKS


                                                                By:  /s/ H. Nelson Meeks
                                                                    H. NELSON MEEKS

                                                               Attorneys for Plaintiff
                                                                JOSE A. HERNANDEZ GARCIA
                                                                **Plaintiff**

*Law Offices of H. Nelson Meeks*
*870 Market Street, Suite 700*
*San Francisco, CA 94102*

*PI -- Hernandez Garcia*
*v. SFPD*
**C 13-03295 DMR**

STIPULATION TO CONTINUE OR ALLOW
TELEPHONIC APPEARANCE

## [PROPOSED] ORDER (AS MODIFIED)

Pursuant to Stipulation, IT IS SO ORDERED.

  X    The CMC is continued until May 28, 2014 at 1:30 p.m.  The updated Joint Case Management Conference Statement is due no later than May 21, 2014.
 ___   Plaintiff's counsel may appear by telephone.

DATE:  April 21, 2014

_____
Donna M. Ryu
Magistrate Judge

Law Offices of H. Nelson Meeks
870 Market Street, Suite 700
San Francisco, CA 94102

- 3 -

*PI -- Hernandez Garcia v. SFPD*
**C 13-03295 DMR**

STIPULATION TO CONTINUE OR ALLOW TELEPHONIC APPEARANCE